# **LAW OFFICES OF ALLA KACHAN, P.C. 2799 CONEY ISLAND AVENUE, SUITE 202 BROOKLYN, NEW YORK 11235 TELEPHONE (718) 513-3145 FACSIMILE   (347) 342-3156 E MAIL alla@kachanlaw.com**

January 15, 2025

**Honorable Judge Nancy Hershey Lord**
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

**Debtor:** Yelena Kogan
**Case No.:** 1-23-42447-nhl
**Chapter:** 7
**Property Address: 232 Melvin Ave**
Staten Island, NY 10314

Dear Honorable Judge Nancy Hershey Lord,

Please allow this letter to serve as a written status report, submitted on behalf of Yelena Kogan ("the Debtor").

The Debtor was advised by counsel for the Creditor that in order to consider deed in lieu process the payment in the amount of $9,508.02 needs to be paid to satisfy the junior lien.

It is the position of the Debtor herein, that the payment in question will constitute a preferential payment and we respectfully request that the lender proceed with the dead in lieu process without the request of payment to satisfy the junior lien.

Should the Court or any party have any questions, do not hesitate to contact me.

Regards,

*/s/ Alla Kachan*
Alla Kachan, Esq.